Certificate Number: 17572-PAE-DE-030172736

Bankruptcy Case Number: 17-14070



17572-PAE-DE-030172736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 14, 2017</u>, at <u>12:51</u> o'clock <u>PM PST</u>, <u>Richard W Singer Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 14, 2017</u>            By:    <u>/s/Dorianne Santiago</u>

                                          Name:  <u>Dorianne Santiago</u>

                                          Title: <u>Counselor</u>